CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 0 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PRINCESS BROWNFIELD, | ) | Civil Action No. 7:17-cv-00034 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| FULVANNA CORRECTIONAL | ) | United States District Judge |
| CENTER, et al, | ) | |
|     Defendant(s). | ) | |

Princess Brownfield, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 9, 2017, the court directed plaintiff to submit within 20 days from the date of the Order the signed consent to withholding of fees form in order to complete the application to proceed without prepayment of filing fees. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ____ day of March, 2017.

/s/ Michael F. Urbanski
United States District Judge